UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-80797-CIV-RYSKAMP/VITUNAC

JEANNOT SIMON, on his own
behalf and others similarly situated,

       Plaintiff,

v.

LEADERSCAPE LLC,
a Florida corporation,
and HOWARD GRAYSON, individually,
C.B. BUTLER, INC. d/b/a LEADERSCAPE,
a Florida corporation, and
CHAD B. BUTLER, individually

       Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER AND PUBLISHED CONFIDENTIAL SETTLEMENT COMMUNICATIONS

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Strike Defendant's Answer to the Amended Complaint **[DE 39]** filed on June 19, 2007. In that motion, Plaintiff requests that this Court strike Chad Butler's answer on behalf of corporate defendant C.B. Butler d/b/a/ Leaderscape. It is well-settled that although individuals may appear in court *pro se*, a corporation cannot be represented in a legal action by a non-lawyer employee, officer or shareholder. *See, e.g., Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556-57 (10th Cir. 2001); *Flora Constr. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir. 1962), *cert. denied*, 371 U.S. 950 (1963); *Strong Delivery Ministry Ass'n v. Bd. of Appeals of Cook County*, 543 F.2d 32, 33 (7th Cir. 1976); *Richter v. Higdon Homes, Inc.*, 544 So. 2d 300, 300 (Fla. 1st DCA 1989); *Daytona Migi Corp. v. Daytona Auto. Fiberglass Inc.*, 417 So. 2d 272, 274 (Fla. 5th DCA 1982). Thus, a pleading signed in the corporate name by one of its agents or

officials is a nullity, and must be disregarded. *See Magnolias Nursing & Convalescent Center v. Dept. of Health & Rehab. Servs.*, 428 So. 2d 256, 257 (Fla. 1st DCA 1982).

Moreover, since Mr. Butler is not an attorney, it is conceivable that he inadvertently attached the settlement documents to his answer without understanding that they were confidential. Accordingly, the Court being otherwise fully advised in the premises, it is hereupon

ORDERED AND ADJUDGED that Plaintiff's Motion to Strike Defendant's Answer to Complaint and Confidential Settlement Communications **[DE 39]** is hereby GRANTED.

The Corporate Defendant shall retain counsel within 20 days of this Order or judgement may be entered in favor of Plaintiff by default.

DONE AND ORDERED in Chamber, West Palm Beach, Palm Beach County, Florida, this 22 day of June, 2007.

UNITED STATES DISTRICT JUDGE
KENNETH L. RYSKAMP

Copies furnished to:
All counsel of record
Chad B. Butler, Individually, and as Registered Agent for CB Butler, Inc. d/b/a eaderscape
665 Triana Street, West Palm Beach, FL 33413