UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-80797-CIV-RYSKAMP/VITUNAC

JEANNOT SIMON, on his own
behalf and others similarly situated,

    Plaintiff,

v.

LEADERSCAPE LLC,
a Florida corporation,
and HOWARD GRAYSON, individually,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

THIS CAUSE having come before the Court upon Plaintiff's Motion to enforce a settlement agreement **[DE 29]** dated May 21, 2007. Defendant responded **[DE 32]** on May 31, 2007. Plaintiff replied **[DE 35]** on June 11, 2007. The motion is now ripe for adjudication.

Plaintiff requests that this Court enforce an alleged oral settlement agreement. Plaintiff brought this claim against Defendants for an alleged failure to pay wages. Accordingly, this claim is brought under the FLSA. In order for a court to enforce the terms of a settlement agreement in an FLSA case, the parties must provide it with a copy of the proposed settlement. That settlement only goes into effect upon the court's approval of the settlement. *Lynn's Food Stores Inc. v. U.S. by and through U.S. Dept. of Labor*, 679. F.2d 1350, 1353 (11th Cir. 1982). In this case, neither party presented this Court with a proposed settlement let alone notified this Court that a settlement had been reached. Accordingly, this Court has not authority upon which to enforce the alleged settlement agreement.

The Court having considered the motion and being otherwise fully advised in the premises, it is hereupon

ORDERED AND ADJUDGED that Plaintiff's Motion to enforce a settlement agreement **[DE 29]** is DENIED.

DONE AND ORDERED in Chambers, West Palm Beach, Palm Beach County, Florida, this 31 day of July, 2007.

    /s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
United States District Judge

Copies provided to:
All counsel of record